IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02448-MSK

THE SATER DESIGN COLLECTION, INC.,

    Plaintiff(s),

v.

FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP III;
AUTODRAFT DESIGN, INC.;
AUTODRAFT, LLC;
GILBERT MAYNARD; and
DEBRA MAYNARD,

    Defendants.

## ORDER REASSIGNING CASE TO MAGISTRATE JUDGE GUDRUN J. RICE

This case was originally assigned to Magistrate Judge Craig B. Shaffer. Because the controversy has a significant connection with the western slope,

**IT IS ORDERED** that the case is reassigned to Magistrate Judge Gudrun J. Rice for pre-trial administration.

DATED this 13th day of November, 2008.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge