IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE LAIRD T. MILBURN

Civil Action No. 08-cv-02448-MSK-LTM

THE SATER DESIGN COLLECTION, INC.,

    Plaintiff,

v.

FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
AUTODRAFT DESIGN, INC.,
AUTODRAFT, LLC,
GILBERT MAYNARD, and
DEBRA MAYNARD

    Defendants.

---

ORDER RE: PLAINTIFF'S (docket # 24) and DEFENDANTS' (docket #22)
MOTION FOR LEAVE TO APPEAR VIA TELEPHONE AT
SCHEDULING/PLANNING CONFERENCE

---

THIS MATTER comes before the Court on Plaintiff's (docket # 24) and Defendants' (docket # 22) Unopposed Motions to Appear Telephonically at the Scheduling/Planning Conference.

Having reviewed the Motions and being otherwise fully advised, it is hereby ORDERED that the Plaintiff's and Defendants' motion is GRANTED.

Plaintiff's counsel to initiate call to the Court at 970.241.2187.

DATED:   March 12, 2009 at Grand Junction, Colorado.

                                        BY THE COURT:

                                        s/Laird T. Milburn

                                             _____
                                             Laird T. Milburn
                                             United States Magistrate Judge